# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| PAMELA SPAIN, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0326-CG-N ) |
| RJM ACQUISITIONS, LLC, | ) ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on the parties' Joint Motion to Stay Litigation Pending 11th Circuit Decision (Doc. 8), in which the parties move to stay this case pending the Eleventh Circuit Court of Appeals' decision on the application for rehearing pending in <u>Stanley Crawford v. LVNV Funding, LLC, et al</u>. (Case No. 13-12389-E).

Upon due consideration, the court finds that the interests of justice are best served by granting the stay; therefore, the joint motion to stay is **GRANTED**, and this action is hereby **STAYED** pending the Eleventh Circuit Court of Appeals' decision on the application for rehearing pending in <u>Crawford</u>.

In the event that the application for rehearing is denied, the parties are **ORDERED** to notify this court in the form of a written status report within seven (7) days of the Eleventh Circuit's ruling, after which the stay will be lifted, the defendant will be required to file its responsive pleading within fourteen (14) days

of the date the stay is lifted, and a preliminary scheduling order will be entered.

In the event that the application for rehearing is granted, the parties are **ORDERED** to notify this court of such within seven (7) days of the Eleventh Circuit's ruling in the form of a written status report, and the parties will be required to file a status report every ninety (90) days thereafter until the Eleventh Circuit issues its final decision on the Crawford case.

**DONE and ORDERED** this 3rd day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE