IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA SPAIN, individually** ) | |
| **and on behalf of all similarly situated** ) | |
| **individuals,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No.: 14-00326-CG-N |
| ) | |
| **RJM ACQUISITIONS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

---

**STATEMENT REGARDING STATUS OF SETTLEMENT**
---

Pursuant to the Court's Scheduling Order in this matter, Plaintiff submits this statement regarding the status of settlement.

On May 8, 2015, Earl P. Underwood, Jr., attorney for Plaintiff, Pamela Spain in the above-referenced matter, notified the court that a settlement was reached between Spain and RJM Acquisitions.  The parties expect to have the settlement consummated within the next ninety (90) days pending the bankruptcy court's approval in case number 14-01435.  At that time the parties will file a joint stipulation of dismissal.

DATED this the 29th day of July, 2015.

                                            Respectfully Submitted,

                                          /s/ Earl P. Underwood, Jr.
                                          EARL P. UNDERWOOD, JR.  (UNDEE6591)
                                          Underwood & Riemer, PC.
                                          21 S. Section Street
                                          Fairhope, Alabama 36532
                                          Office:     251.990.5558
                                          Email:      epunderwood@alalaw.com
                                          *One of the Attorneys for Pamela Spain*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of July 2015, I caused a true and accurate copy of the above and foregoing Statement Regarding Status of Settlement to be electronically filed with the Clerk of Court of the United States District Court for the Southern District of Alabama using the CM/ECF system, which will send electronic notice and service of the same to all counsel of record for Defendant by email.

                                              */s/ Earl P. Underwood, Jr.*
                                              Counsel for Plaintiff