IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAMELA SPAIN, individually** | ) | |
| **and on behalf of all similarly situated** | ) | |
| **individuals,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 14-cv-00326-CG-N |
| v. | ) | |
| | ) | |
| **RJM ACQUISITIONS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel and hereby stipulate to the dismissal of all claims in their entirety against RJM Acquisitions, LLC, including the claims brought by Pamela Spain, individually, and dismissal of all class allegations, with each party to bear their own costs and fees.  The settlement in this matter has been approved by the bankruptcy court in USBC Southern District of Alabama, Case Number 14-01345.  A copy of the order approving the settlement is attached hereto.  This dismissal is with prejudice as to the individual claims of Spain and without prejudice to the claims of unknown putative class members.

Respectfully submitted this the 30th day of September, 2015.

| | |
|---|---|
| *s/ Michael D. Alltmont (with consent)*<br>MICHAEL D. ALLTMONT<br>(LA BAR NO. 32318)<br>**SESSIONS FISHMAN NATHAN & ISRAEL, LLC**<br>3850 n. Causeway Blvd. Suite 200<br>Metairie, LA 70002<br>E-mail: mallmont@sessions-law.biz | *s/ Earl P. Underwood, Jr.*_____<br>EARL P. UNDERWOOD, JR. (UNDE6591)<br>**UNDERWOOD & RIEMER, PC**<br>21 S. Section Street<br>Fairhope, Alabama 36532<br>E-mail: epunderwood@alalaw.com |