IN THE UNITED STATES BANKRUPTCY COURT OF THE
SOUTHERN DISTRICT OF ALABAMA

IN RE:

PAMELA SPAIN                                                    CASE NO. 14-01345
FRANK SPAIN

    DEBTORS.                                                    CHAPTER 13

## ORDER

This matter came before the Court on the Debtors' motion to approve settlement in the civil action against RJM Acquisitions, LLC (*Pamela Spain v. RJM Acquisitions, LLC; Civil Action No. 2014-00325*). The terms of the settlement, which is subject to confidentiality agreement, and the distribution of the settlement proceeds proposed by the Debtors have been submitted to the Court under seal. Upon consideration, the Court finds that the Motion is **GRANTED** and this Court approves the distribution as set out therein.

It is **ORDERED** that the proposed settlement is approved.

Dated: August 28, 2015

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE