IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA SPAIN, individually and on behalf of all similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 14-0326-CG-N |
| RJM ACQUISITIONS, LLC, ) ) | |
| Defendant. ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 43) on September 30, 2015, it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** as to the individual claims of Spain and without prejudice to the claims of unknown putative class members.  Each party shall bear her or its own costs.[1]

**DONE** and **ORDERED** this 1st day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Defendant's Motion for Judgment on the Pleadings (Doc. 36) is deemed to be **MOOT**.